UST-31, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FOSTER, BRENT M | ) | Case No. 08-14828-PHX CGC |
| | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

DALE D ULRICH, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 4 | ING DIRECT<br>ATTN: BANKRUPTCY<br>1 SOUTH ORANGE ST<br>WILMINGTON, DE 19801 | $2.61 |
| 7 | SCANSOURCE SECURITY DISTRIBUTION<br>P.O. BOX 730987<br>DALLAS, TX 75373-0987 | $0.67 |
| 12 | Recovery Management Systems Corporation<br><br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $4.39 |
| | TOTAL | $ 7.67 |

| | |
|---|---|
| March 17, 2010 | /s/ DALE D ULRICH |
| DATE | DALE D ULRICH, TRUSTEE |